UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JACQUELINE CRAINE,                    )
                                      )
              Plaintiff,              )
                                      )
v.                                    )          Case No.  26-2046-EFM-GEB
                                      )
CBOE GLOBAL MARKETS, INC.,            )
                                      )
              Defendant.              )
                                      )

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Time ("Motion") **(ECF No. 36)**. Plaintiff seeks a modest 10-day extension of the deadline to file any motion for leave to amend. The Motion was filed 5 days in advance of the current deadline of June 30, 2026. Defendant argues that the June 30, 2026 deadline was set solely to amend Plaintiff's Complaint to name the correct Defendant, and only agrees to an extension of the deadline to permit amendment for that purpose. But Defendant is mistaken. Plaintiff specifically requested a separate deadline, after the exchange of discovery, to address any additional amendment. The Court believed then, and continues to believe, Plaintiff will be able to determine whether any further amendment is necessary after a review of the documents identified in Defendant's Rule 26(a) disclosures. The Court set the June 30, 2026 deadline for all motions for leave to amend.

When a party moves for an extension of time ahead of the deadline, as Plaintiff did here, the party must demonstrate good cause for the extension.[1] Where the deadline for the parties to exchange the documents identified in the Rule 26(a) disclosures was June 19, 2026 and Plaintiff's counsel has been unable to complete their review due to business related travel in other matters, the Court finds good cause to extend the deadline to file any motion for leave to amend up to and including July 10, 2026. The Court continues to strongly encourage the parties to confer in the spirit of local rule before bringing any matter to the Court.

For the reasons set forth above, **IT IS THEREFORE ORDRED** Plaintiff's Motion for Extension of Time (ECF No. 36) is **GRANTED**. Plaintiff's deadline to file her Motion for Leave to Amend is extended up to and including July 10, 2026.

**IT IS SO ORDERED.**

Dated: June 26, 2026.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge

---

[1] *Ford v. Sherwin-Williams*, No. 25-1022-DDC, 2025 WL 2145016, at *2 (D. Kan. July 29, 2025), *objections overruled*, No. 25-1022-DDC-GEB, 2026 WL 878710 (D. Kan. Mar. 31, 2026) (citing *Sperry v. Werholtz*, No. 04–3125–CM, 2008 WL 941634, at *2 (D. Kan. Apr. 7, 2008)).