# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JACQUELINE CRAINE,
Plaintiff,

*v.*

CBOE SERVICES COMPANY,
Defendant.

Case No. 26-cv-02046-AWM-GEB

## ORDER

Defendant filed an ADR report notifying the Court that the parties settled this case at mediation. Doc. 76. In light of the settlement, Defendant's pending motion to dismiss, Doc. 46, is **DENIED AS MOOT**.

**THE COURT THEREFORE ORDERS** the Clerk to administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination in this case. On or before **October 26, 2026**, the parties shall file a stipulation of dismissal signed by the parties who have appeared in this case, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time, and the parties have not reopened this case for the purpose of obtaining a final determination, this Order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of judgment of dismissal with prejudice under Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated this 28th day of September, 2026, at Topeka, Kansas.

*s/ Anthony W. Mattivi*
Anthony W. Mattivi
United States District Judge